ROBERT G. GIBBS, as Administrator of the Estate of ROBERT GIBBS, JR., Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

(Argued October 22, 1935; decided November 19, 1935.)

*Glenn A. Stockwell* for appellant.

*Thomas R. Wheeler* for respondent.

Judgments reversed and new trial granted, with costs to abide the event. The evidence presented a question of fact as to whether the deceased was guilty of contributory negligence. This was for the jury to determine. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.